IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Alejandro Higuera-Aboite,<br><br>          Petitioner,<br><br>v.<br><br>USA,<br><br>          Respondent. | No. CV-13-02462-PHX-ROS<br><br>**ORDER** |

On June 5, 2015, Magistrate Judge Eileen S. Willett issued a Report and Recommendation ("R&R") recommending the amended petition for writ of habeas corpus be denied. (Doc. 13). No objections were filed.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's R&R, the district court's review of the part objected to is to be *de novo. Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). No objections were filed and the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is **ADOPTED** and the Petition for Writ of Habeas Corpus (Doc. 4) is **DENIED** and **DISMISSED WITH PREJUDICE**.

1   **IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed
2   in forma pauperis on appeal are **DENIED** because Petitioner has not made a substantial
3   showing of the denial of a constitutional right.
4   Dated this 30th day of July, 2015.

          Honorable Roslyn O. Silver
          Senior United States District Judge